UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEOVIGILDO HERNANDEZ LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25 C 10145 |
| | ) | |
| SAM OLSON, Chicago Field Office Director, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | ) ) ) | Judge Alonso |
| | ) | |
| Respondents. | ) | |

## ORDER

Motion hearing held. The Emergency Order entered on August 26, 2025, Dkt. 7, is extended through the disposition of petitioner's motion for temporary restraining order, Dkt. 4, and is modified to allow petitioner to be housed not only in the State of Illinois, but also the States of Indiana and Wisconsin, based on respondents' counsel's representation that petitioner cannot legally be housed overnight in the State of Illinois.

Respondents' counsel has filed a memorandum of law in opposition to the petitioner's motion for a temporary restraining order. Dkt. 9. Petitioner's counsel will file a response by August 28, 2025 at 5:00PM.

This matter is set for a status hearing on September 10, 2025 at 9:00AM in courtroom 1903. Both parties may appear telephonically.

IT IS SO ORDERED.

Date: 8/27/2025

_____
The Honorable Jorge L. Alonso