# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Leovigildo Hernandez Lopez
                              Plaintiff,

v.                                           Case No.: 1:25−cv−10145
                                             Honorable Jorge L. Alonso

Sam Olson
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 10, 2025:

  MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. For the reasons stated on the record, Petitioner's Motions for emergency temporary restraining order [2] and [4] are withdrawn. Petitioner's Emergency petition for a writ of habeas corpus under 28 U.S.C. s 2241 [1] is dismissed. The stay entered is lifted. This case is dismissed without prejudice for lack of jurisdiction. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.